**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ADRIAN K. AMARA,** | : | **CIVIL ACTION NO. 1:25-CV-140** |
| | : | |
| **Petitioner** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL GOURLEY,** | : | |
| | : | |
| **Respondent** | : | |

**ORDER**

AND NOW, this 3rd day of August, 2026, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The stay of this matter is LIFTED and this case is REOPENED.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED WITH PREJUDICE as untimely.

3. The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania